# ALABAMA COURT OF CRIMINAL APPEALS



November 8, 2024

**CR-2023-0253**
Mykail Deshawn Johnson v. State of Alabama (Appeal from Escambia Circuit Court: CC-18-489)

## NOTICE

You are hereby notified that on November 8, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk